UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MH SOUTHGATE INVESTORS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ESTELLA HERNANDEZ,<br><br>Defendant. | No. 2:25-cv-01493-DC-SCR (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND REMANDING THIS CASE TO THE SACRAMENTO COUNTY SUPERIOR COURT<br><br>(ECF Nos. 2, 3) |

Defendant is proceeding pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On August 25, 2025, the magistrate judge filed findings and recommendations recommending that this unlawful detainer action be *sua sponte* remanded to the Sacramento County Superior Court because this court lacks jurisdiction over unlawful detainer actions. ECF No.3. The finding and recommendations were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 3. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on August 25, 2025 (ECF No. 3), are

1

1            ADOPTED in full; and

2       2.   This action is REMANDED to Sacramento County Superior Court; and

3       3.   Defendant's application to proceed *in forma pauperis* (ECF No. 2) is DENIED as having been rendered moot by this order.

IT IS SO ORDERED.

Dated:   **November 6, 2025**

Dena Coggins
United States District Judge

2